IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )        8:09CR454
                             )
     v.                      )
                             )
HILARIO ORTEGA-ALCALA,       )        ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal of Counts II and IV of the indictment (Filing No. 29).  The Court finds the motion should be granted.  Accordingly

IT IS ORDERED that plaintiff's motion is granted; Counts II and IV of the indictment are dismissed as to this defendant.

DATED this 30th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court